```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       TEXARKANA DIVISION
```

INDUSTRIAL TECHNOLOGY RESEARCH
INSTITUTE                                            PLAINTIFF(S)

vs.                        Civil No. 09-4110

SAMSUNG ELECTRONICS AMERICA, INC.,
et al                                                DEFENDANT(S)


## CLERK'S ORDER OF DISMISSAL

On this 19th day of January, 2010, the Plaintiff herein having filed its Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

                              AT THE DIRECTION OF THE COURT

                              CHRISTOPHER R. JOHNSON, CLERK


                              by: /s/ Charlotte Powell
                                      Deputy Clerk